762 A.2d 216

IN THE MATTER OF PETITION OF NEW AMERICAN WATER
COMPANY FOR AN INCREASE IN RATES FOR WATER AND
SEWER SERVICE AND OTHER TARIFF MODIFICATIONS
(NEW JERSEY DIVISION OF THE RATEPAYER ADVOCATE—
PETITIONER).

October 31, 2000.

Granted.